UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JAMES NERO, | ) CV 12-6573-DSF (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN McGREW, et al., | ) |
| Respondents. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Motion for Stay and Abeyance is denied, the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: 1/24/13

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE